

# KINGDOM LIVING IOWA
Non-Profit Recovery Community

---

May 10, 2022

For Frankie Armstrong,

To whom it may concern,

Frankie Armstrong has been doing good in our program. He has been doing everything that has been asked of him to do. He has attended all required meetings and is on a payment plan to recurrent on fees due. We have seen good growth in him since starting with us on 4/8/22. He has also passed all UA tests given to him.

If you have any questions or if there is anything else I can do for you, please let me know.

Thank you,

*Jasmine Goodwin*

Jasmine Goodwin
Admission Coordinator/Communications
Kingdom Living Iowa
jasmine@kingdomlivingia.com

4000 SW 9th St. Des Moines, IA 50315     www.kingdomlivingia.com



EXHIBIT A