PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Frankie Eugene Armstrong                         **Case Number:** 4:09-cr-00066

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge
Stephanie M. Rose, Chief U.S. District Judge (assigned April 1, 2022)

**Date of Original Sentence:** November 23, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(B), 851 -- Attempted Manufacture of at Least Five Grams of Methamphetamine

**Original Sentence:** 144 months imprisonment; 96 months supervised release

**Date Original Supervision Commenced:** October 9, 2018

**Date Current Supervision Commenced:** April 8, 2022

**Prior Modification(s)/Revocation(s):** December 4, 2020 – Up to 120 days Residential Reentry Center
January 6, 2022 – Revoked; 4 months imprisonment, 60 months supervised release
April 6, 2022 – Reside, participate, and follow the rules of Kingdom Living

---

### PETITIONING THE COURT

☒   To issue a warrant.

☐   To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Law Violation – Possession of Controlled Substance (Methamphetamine) | On November 10, 2022, Mr. Armstrong was arrested by the Des Moines, Iowa, Police Department for Possession of a Controlled Substance (Methamphetamine). Mr. Armstrong is detained at the Polk County, Iowa, Jail. |
| 2. Unsuccessful Discharge from Kingdom Living | On November 10, 2022, the Probation Office was notified that Mr. Armstrong was being immediately removed from the Kingdom Living facility due to his new arrest. |

U.S. v. Frankie Eugene Armstrong (4:09-cr-00066)                    Petition for Warrant or Summons – November 14, 2022

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒    revoked.

    ☐    extended for … years, for a total term of … years.

            I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 14, 2022

by:  *Emily Noordhoek*

Emily Noordhoek
U.S. Probation Officer

---

The United States Attorney's Office:

    ☑    Does not object to the proposed action.

    ☐    Objects but does not request a formal hearing       *Mikaela Shotwell*
            be set.                                    Assistant United States Attorney

    ☐    Objects and will petition the Court requesting
            that a formal hearing be set.                                 Signature

---

THE COURT ORDERS:

    ☐    No action.

    ☐    The issuance of a warrant.

    ☐    The issuance of a summons so a hearing can be                     _____
                                               Signature of Judicial Officer

            held on _____

                                      _____

            at _____.                                  Date