PROB 12C Addendum
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

**Addendum to the Petition for Warrant or Summons for Offender Under Supervision**

---

**Name of Offender:** Frankie Eugene Armstrong  **Case Number:** 4:09-cr-00066

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge
Stephanie M. Rose, Chief U.S. District Judge (assigned April 1, 2022)

**Date of Original Sentence:** November 23, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(B), 851 – Attempted Manufacture of at Least Five Grams of Methamphetamine

**Original Sentence:** 144 months imprisonment; 96 months supervised release

**Date Original Supervision Commenced:** October 9, 2018

**Date Current Supervision Commenced:** April 8, 2022

**Prior Modification(s)/Revocation(s):** December 4, 2020 – Up to 120 days Residential Reentry Center
January 6, 2022 – Revoked; 4 months imprisonment, 60 months supervised release
April 6, 2022 – Reside, participate, and follow the rules of Kingdom Living

---

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. New Law Violation – Possession of Controlled Substance (Methamphetamine) | On November 10, 2022, Mr. Armstrong was arrested by the Des Moines, Iowa, Police Department for Possession of a Controlled Substance (Methamphetamine).<br><br>On January 26, 2023, Mr. Armstrong plead guilty to Possession of a Controlled Substance (Methamphetamine), Third Offense, a Class D Felony. He was sentenced to five years of imprisonment, concurrent to parole, as his state parole was also revoked at this time. Mr. Armstrong is in the custody of the Iowa Department of Corrections. |

<u>U.S. Probation Officer Recommendation</u>:

The term of supervision should be

☒ revoked.

☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2023

by: *Emily Noordhoek*

Emily Noordhoek
U.S. Probation Officer

---

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

Laura M. Roan
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

Signature

---

A WARRANT FOR THE OFFENDER'S ARREST WAS PREVIOUSLY REQUESTED; THUS, NO ADDITIONAL ORDER IS REQUESTED.

PLEASE FILE FOR USE IN THE OFFENDER'S REVOCATION HEARING.