To The Honorable Judge Rose;  6-4-23

This is Frankie Eugene Armstrong State # 0207979 Federal # 08928-030

Your honor at 60 years old I just can't believe the fact I'm were I'm at in life, "In prison again," All because of that evil drug, and a toxic relatioship I have lost everything!

I have finialy hit bottom with that drug and that relationship that truly has been over for years.

Your honor I truly appoligize for being in this position of writing the court and you at this time.

I have been recently denied a parole this is why I'm addressing you and the court.

My case manager here Mr. Woods p.h. 712-695-7054 - david.woods@iowa.gov suggested I write the federal court to ask if my federal violation could possibly be ran concurrent to my time here?

Your honor I have no home to go to and I believe the parole board will grant me a work release within 6 months to a year from now.

I strongly feel I would benifit from a program like Ft. Des Moines and Prelude for counseling.

Your honor I have also been excepted into a 2 year program in Indianola Ia called Harvest Academy, manager Taylor Smith p.h. 515-554-5247

I strongly feel I would benifit from either program for I'm on my own now and ready for change!

In Conclusion:

I ask that the court consider running my federal violation concurrent to this time I'm doing now in state prison. Thank you for your time and consideration in this matter.

Frankie Eugene Armstrong
State # 0207979  Federal # 08928-030
6-4-23

Frankie Eugene (illegible)
State # 0207979  Federal # 08928030
Clarinda Correctional Facility
2000 North 16th St
Clarinda, Ia. 51632

OMAHA NE 680
6 JUN 2023 PM 2 L

X-RAYED & CLEARED BY U.S.M.S.

Federal Court House
C/O The Honorable Judge Rose
110 East Court Ave
Des Moines, Ia
50309

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections